SEALED APPELLEE,
Plaintiff–Appellee

v.

SEALED APPELLANT, Defendant–
Appellant.

No. 15–50412
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The Defendant–Appellant (Appellant) appeals from the district court's decision denying a joint motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). While his appeal was pending, Appellant was released from prison. Thus, his appeal is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

DISMISSED as moot. *See United States v. Booker,* 645 F.3d 328, 328 (5th Cir.2011).

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.